DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN HUGHES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1638

[July 6, 2017]

Appeal of order denying rule 3.800(a) from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 13-7745 CF10A.

Jonathan Hughes, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***